# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Frank J Alitto<br>    Juna C Alitto<br>            Debtor(s) | Case No. 14-23249 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/23/2014.

2) The plan was confirmed on 09/24/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/08/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 12/22/2016.

6) Number of months from filing to last payment: 28.

7) Number of months case was pending: 31.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 14-23249    Doc 39    Filed 01/25/17    Entered 01/25/17 08:45:05    Desc Main
Document      Page 2 of 4

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,835.00 |
| Less amount refunded to debtor | $22.09 |
| **NET RECEIPTS:** | **$19,812.91** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $850.13 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,850.13** |

Attorney fees paid and disclosed by debtor:           $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ATG CREDIT | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 5,021.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 856.00 | 867.80 | 867.80 | 488.18 | 0.00 |
| CHASE BANK USA | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST | Unsecured | 1,325.00 | 1,360.65 | 1,360.65 | 765.43 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | 850.00 | 850.98 | 850.98 | 478.71 | 0.00 |
| DELL FINANCIAL SERVICES LLC | Unsecured | NA | 2,234.84 | 2,234.84 | 1,257.20 | 0.00 |
| DISCOVER BANK | Unsecured | 1,709.00 | 1,777.73 | 1,777.73 | 1,000.06 | 0.00 |
| DISCOVER BANK | Unsecured | 293.00 | 339.29 | 339.29 | 177.53 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 4,621.00 | 4,682.06 | 4,682.06 | 2,633.89 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 4,700.00 | 4,621.94 | 4,621.94 | 2,600.06 | 0.00 |
| ELK GROVE RADIOLOGY SC | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD/BOA/MBNA AMERICA | Unsecured | 2,300.00 | 2,259.45 | 2,259.45 | 1,271.05 | 0.00 |
| GC SERVICES DATA CONTROL | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 1,200.00 | 1,183.87 | 1,183.87 | 0.00 | 0.00 |
| KOHLS | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| LOANCARE SERVICING CENTER | Secured | 90,000.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| OSF HEALTHCARE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 2,393.00 | 2,469.25 | 2,469.25 | 1,389.07 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 200.00 | 196.50 | 196.50 | 102.82 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | NA | 856.67 | 856.67 | 481.92 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,351.00 | 1,351.34 | 1,351.34 | 760.20 | 0.00 |
| RNB-FIELDS3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Unsecured | 551.00 | 1,179.87 | 1,179.87 | 663.74 | 0.00 |
| ROCKFORD ORTHOPEDIC ASSOC | Unsecured | 918.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST ALEXIUS MEDICAL CENTER | Unsecured | 1,127.00 | NA | NA | 0.00 | 0.00 |
| Suburban Surgical Care Specialists | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA | Unsecured | 1,600.00 | 1,587.27 | 1,587.27 | 892.92 | 0.00 |
| WEBBANK DFS | Unsecured | 2,017.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,183.87 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,183.87** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,635.64** | **$14,962.78** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,850.13 |
| Disbursements to Creditors | $14,962.78 |
| **TOTAL DISBURSEMENTS** : | **$19,812.91** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/25/2017                                    By: /s/ Tom Vaughn
                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**